# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

SCOTT PUTNAM,

    Plaintiff,

  v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

Case No. C17-5670-JPD

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

Plaintiff's opening brief (Dkt. 10) fails to comply with LCR 5(f), which provides, "Proof of service of all filings required or permitted to be served . . . shall be made by certificate or acknowledgement of service on the document itself. Parties should not file a separate proof of service document unless it is necessary." Here, plaintiff has neither filed a separate certificate of service, nor affixed a certificate of service on plaintiff's opening brief, as required by LCR 5(f). *See* Dkt. 10.

**In the future**, if a Certificate of Service is not appended to a brief or other filing, the Court may order that the brief or other filing be stricken and re-filed in a format that otherwise complies with LCR 5(f).

MINUTE ORDER - 1

The Clerk is directed to send a copy of this Order to all counsel of record.

DATED this 4th day of January, 2018.

                                              WILLIAM M. McCOOL, Clerk

                      By:    s/ Tim Farrell
                            Deputy Clerk

MINUTE ORDER - 2